UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:22-CR-00114-FDW-DSC

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| v. | ) | |
| | ) | **ORDER** |
| DANIEL A. FISHER, | ) | |
| Defendant. | ) | |

**THIS MATTER** is before the Court on Defendant's Motion for Early Termination of Supervised Release (Doc. No. 3). For the reasons set forth below, Defendant's Motion is **DENIED** without prejudice.

Under the local rules, a movant must confer with opposing counsel and inform the Court of the opposing party's position on the motion. Defendant indicates his motion is unopposed. This Court requires a Defendant seeking early termination of supervised release to confer with the United States Probation Office and the United States Attorney's Office and to inform the Court as to those Offices' positions on the motion. Upon review of the record, Defendant has not complied with this Court's requirements. The petition represents Defendant has adjusted well to supervision but does not indicate the Probation Office's position on the motion. **IT IS THEREFORE ORDERED** that Defendant's Motion for Early Termination of Supervised Release, (Doc. No. 3), is **DENIED WITHOUT PREJUDICE**.

**IT IS SO ORDERED.**

Signed: May 31, 2024

Frank D. Whitney
United States District Judge